UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICKIE LEE LUCKENBILL and SUSAN ELAINE FARNSWORTH-LUCKENBILL, h/w,**<br><br>         **Plaintiffs,**<br>     vs.<br><br>**MTD CONSUMER GROUP INC,**<br>          **Defendant** | :<br>:<br>:<br>: CASE NO. 5:20-cv-00070 TRR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

Plaintiffs and Defendant (collectively referred to as the "Parties), by and through their respective counsel, hereby enter this Stipulation of Dismissal. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that this matter should be dismissed with prejudice, subject to the following:

1. Each party shall bear its own attorneys' fees;
2. Each party shall bear its own costs; and
3. The Clerk of the Court shall close this case.

                    Respectfully submitted by:

                    **de LUCA LEVINE LLC**

Dated:  March 1, 2021        By:    /s/ Kenneth T. Levine
                    Kenneth T. Levine, Esquire
                    Three Valley Square, Suite 220
                    Blue Bell, PA 19422
                    215-383-0081
                    klevine@delucalevine.com
                    *Attorneys for Plaintiffs*


                    **DICKIE, McCAMEY & CHILCOTE, P.C.**

Dated:  March 1, 2021        By:    /s/ Frederick W. Bode
                    Frederick W. Bode, III, Esq.
                    Two PPG Place, Suite 400
                    Pittsburgh, PA 15222-5402
                    (412) 281-7272
                    rbode@dmclaw.com
                    *Attorneys for Defendant*


Dated: March 1, 2021        BY THE COURT:   /s/ Timothy R. Rice
                             Magistrate Judge